# First District Court of Appeal
## State of Florida

_____

No. 1D17-1192
_____

GULF COAST TRAFFIC
ENGINEERS/SUMMIT
CONSULTING, LLC,

   Appellants,

   v.

ERICK L. COOK,

   Appellee.

_____

On appeal from an order of the Judge of Compensation Claims.
Nolan S. Winn, Judge.

Date of Accident:  November 13, 2014.

July 17, 2018

PER CURIAM.

   AFFIRMED.

WETHERELL, RAY, and WINOKUR, JJ., concur.

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

H. George Kagan of H. George Kagan, P.A., Gulf Stream, for Appellants.

Thomas J. Ueberschaer of Thomas J. Ueberschaer, P.A., Pensacola, for Appellee.